In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00461-CV
_____

WISCH LEASING GROUP, LP, Appellant

V.

THE WOODLANDS LAND DEVELOPMENT COMPANY, LP,
DREAM MOTORS, LLC, AND MERCEDES-BENZ FINANCIAL
SERVICES USA, LLC, Appellees

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 17-09-10958-CV

MEMORANDUM OPINION

Wisch Leasing Group, LP filed notices of appeal from orders signed by the

trial court on October 31 and November 1, 2018. We questioned whether the orders

are appealable at this time. The Woodlands Land Development Company, LP,

Dream Motors, LLC, and Mercedes-Benz Financial Services USA, LLC filed

motions to dismiss the appeal for lack of jurisdiction because unresolved claims

1

remain before the trial court and the orders are not subject to an accelerated appeal. The appellant filed a response but failed to show that an appeal is available at this time.

Generally, appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The trial court has not authorized a permissive appeal and there is no indication that a final judgment is imminent. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on January 23, 2019
Opinion Delivered January 24, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.

2